NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1565

ROTHE DEVELOPMENT CORPORATION,

Plaintiff-Appellant,

v.

DEPARTMENT OF DEFENSE and
DEPARTMENT OF THE AIR FORCE,

Defendants-Appellees.

Appeal from the United States District Court for the Western District of Texas in case no. 98-CV-1011, Judge Xavier Rodriguez.

ON MOTION

O R D E R

The Department of Defense and Department of the Air Force (Defense) move for a 60-day extension of time, until February 5, 2010, to file their brief. Rothe Development Corporation opposes. Defense replies. Rothe submits a surreply.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

DEC 1 0 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David F. Barton, Esq.
Lisa Wilson Edwards, Esq.
s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 0 2009

JAN HORBALY
CLERK